AO 442 (Rev. 11/11) Arrest Warrant

~~SEALED~~

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:03CR00179 |
| Nicholas L. Rudd | ) | CO Case #14-mj-01019-CBS |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nicholas L. Rudd
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of supervised release conditions

Date: February 10, 2014

_____
Issuing officer's signature

City and state: Omaha, Nebraska

DENISE M. LUCKS, CLERK
Printed name and title

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

PROB 12C
(NEP 4/2013)

~~SEALED~~

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

Co Cse # 14-mj- 01019. CBS

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **Offender:** | Nicholas L. Rudd | **Docket No.** 8:03CR00179 |
| **Type of Supervision:** | Supervised Release | **Date of This Report:** February 10, 2014 |
| **Sentencing Judge:** | The Honorable Joseph F. Bataillon<br>U.S. District Judge | |

**Offense of Conviction:** Count I: Bank Robbery, 18 U.S.C. 2113(a), Count III: Bank Robbery, 18 U.S.C. 2113(a), Count V: Bank Robbery, 18 U.S.C. 2113(a), Count VI: Bank Robbery, 18 U.S.C. 2113(a)
Date Sentenced: October 24, 2003
Original Sentence: 108 Months Bureau of Prisons; 36 Months Supervised Release

**Supervision Term:** September 2, 2011 through September 1, 2014

| **Prepared By:** | **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|---|
| Wendy A. Koontz<br>U.S. Probation Officer | Fred D. Franklin | Jeffrey L. Thomas |

## PETITIONING THE COURT

The undersigned probation officer recommends that a **Warrant** be issued for service upon Nicholas L. Rudd and that a hearing be held by the Court to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations. A Warrant is requested as Nicholas L. Rudd's whereabouts are unknown and is considered dangerous.

**Nicholas L. Rudd**  February 10, 2014
**Petition for Warrant or Summons**  Page 2 of 3

The probation officer believes the offender has violated the following conditions of supervision:

| Allegation No. | Nature of Noncompliance |
|---|---|
| 1 | Nicholas L. Rudd is in violation of **the Mandatory Condition** which states, "The defendant shall not commit another federal, state, or local crime." |
| | On February 7, 2014, Nicholas Rudd was arrested by Omaha (NE) Police Department for unlawfully taking items from a business. He was subsequently arrested and charged with shoplifting. No information is available at this time as to court hearings. |
| 2 | Nicholas L. Rudd is in violation of **Standard Condition #1** which states, "The defendant shall not leave the judicial district without the permission of the court or probation officer." |
| | On February 10, 2014, the U.S. Probation office received information indicating that Mr. Rudd had left the District and traveled to Colorado. |
| 3 | Nicholas L. Rudd is in violation of **Special Condition #1** which states, "Paragraph # 7 of the Standard Conditions of supervision is modified, i.e., instead of merely refraining from excessive use of alcohol, the defendant shall not purchase or possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance." |
| | Mr. Rudd admitted to his probation officer in October 2013, that he was unable to stop consuming alcohol. In November 2013, Mr. Rudd entered short term residential treatment for substance abuse. Mr. Rudd left treatment prior to graduation. |
| 4 | Nicholas L. Rudd is in violation of **Special Condition #3** which states, "The defendant shall attend, pay for and successfully complete any diagnostic evaluations, treatment or counseling programs, or approved support groups (e.g., AA/NA) for alcohol and/or controlled substance abuse, as directed by the probation officer." |
| | Mr. Rudd failed to complete substance abuse treatment in December 2013. |

Assistant U.S. Attorney Fred D. Franklin has been notified of this action.

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,  Reviewed by:

*Wendy A. Koontz*  *Michael W. Tolley*
Wendy A. Koontz  Michael W. Tolley
U. S. Probation Officer  Supervising U. S. Probation Officer

**Nicholas L. Rudd**  February 10, 2014
**Petition for Warrant or Summons**  Page 3 of 3

## THE COURT ORDERS THAT:

_____   No action shall be taken.

__✓__   A Warrant shall be issued for service upon Nicholas L. Rudd and a hearing held by the Court to determine whether Nicholas L. Rudd has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____   The U. S. Probation Officer shall summons Nicholas L. Rudd to appear for a hearing in court to determine whether Nicholas L. Rudd has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____   The following action to be taken (specify other action):

_____/s/ Joseph F. Bataillon_____   _2/10/2014_____
The Honorable Joseph F. Bataillon   Date
U.S. District Judge

### * * * NOTICE TO OFFENDER * * *

Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:
- (A)  written notice of the alleged violation(s);
- (B)  disclosure of the evidence against you;
- (C)  an opportunity to appear, present evidence, and question adverse witnesses unless the court determines that the interest of justice does not require the witness to appear;
- (D)  notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain counsel.



**8:03cr179 USA v. Nicholas L. Rudd**
Tiwauna Lawrence   to: Nancy Marble                                  02/13/2014 10:51 AM

Attached is the petition for Mr. Rudd.  The petition has been unsealed in our court.

Thank you

Tiwauna Lawrence
Case Management Specialist
U.S. District Court - Nebraska
(402) 661-7384
tiwauna_lawrence@ned.uscourts.gov

 - 11312960547157b0e4a[1].pdf