IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-mj-01019-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     **NICHOLAS L. RUDD,**

       Defendant.
_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender, Interim


       s/ Robert W. Pepin
       ROBERT W. PEPIN
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:   (303) 294-7002
       FAX:              (303) 294-1192
       Robert.Pepin@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2014, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha A. Paluch
Assistant U.S. Attorney
Email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

s/ Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
Robert.Pepin@fd.org
Attorney for Defendant