IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Jeffrey P. Colwell,                                              Room A-105, Alfred A. Arraj U.S. Courthouse
CLERK OF COURT                                                           901 19th Street
                                                                  Denver, Colorado 80294-3589
                                                                    Phone (303) 844-3433
                                                                    www.cod.uscourts.gov

February 21, 2014

Roman L. Hruska United States Courthouse
111 South 18th Plaza, Suite 1152
Omaha, NE 68102

Colorado Case Number: 14-mj-01019-CBS
Receiving Court Case Number: 8:03-cr-00179
Nicholas L. Rudd

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov.  Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Very truly yours,
Jeffrey P. Colwell, Clerk

By:  s/ C. Covington
        Deputy Clerk