IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Jeffrey P. Colwell,
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

February 21, 2014

Roman L. Hruska United States Courthouse
111 South 18th Plaza, Suite 1152
Omaha, NE 68102

Colorado Case Number: 14-mj-01019-CBS
Receiving Court Case Number: 8:03-cr-00179
Nicholas L. Rudd

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Very truly yours,
Jeffrey P. Colwell, Clerk

By: s/ C. Covington
    Deputy Clerk



RECEIVED
FEB 24 2014
CLERK
U.S. DISTRICT COURT
OMAHA

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 4 2014

JEFFREY P. COLWELL
CLERK